___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

SEP 2 7 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    vs.<br><br>Nolan Jack Sperling,<br><br>              Defendant. | CR-16-01198-PHX-JAT (MHB)<br><br>**INDICTMENT**<br><br>VIO:   21 U.S.C. § 952, 960(a)(1), and<br>         960(b)(3)<br>         (Importation of a Controlled<br>         Substance)<br>         Count 1<br><br>         21 U.S.C. § 841(a) and (b)(1)(C)<br>         (Possession with Intent to Distribute<br>         a Controlled Substance)<br>         Count 2<br><br>         18 U.S.C. § 981; 21 U.S.C. §§ 853<br>         and 881; and 28 U.S.C. § 2461(c)<br>         (Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

Beginning on or about May 12, 2016, and continuing until on or about May 19, 2016, in the District of Arizona and elsewhere, defendant NOLAN JACK SPERLING did

knowingly and intentionally import into the United States 100 grams or more of a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960 (b)(3).

## COUNT 2

Beginning on or about May 12, 2016, and continuing until on or about May 19, 2016, in the District of Arizona, defendant NOLAN JACK SPERLING did knowingly and intentionally possess with the intent to distribute, and did distribute 100 grams or more of a mixture and substance containing a detectable amount of 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and (b)(1)(C).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1 and 2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants are jointly and severally liable, including, but not limited to the property involved and used in the offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

- 2 -

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Section 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: September 27, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
CAROLINA ESCALANTE
Assistant U.S. Attorney

- 3 -