**Sean C. Chapman**
**Law Offices of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR16-1198-PHX-JAT (MAB) |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEARANCE** |
| ) | |
| v. ) | |
| ) | |
| Nolan Jack Sperling, ) | |
| ) | |
| Defendant. ) | |

The Defendant, Nolan Jack Sperling, through counsel Sean C. Chapman of THE LAW OFFICES OF SEAN C. CHAPMAN, P.C., hereby gives notice of his appearance as counsel in this matter on behalf of Defendant Nolan Jack Sperling, for all further proceedings herein.

Respectfully submitted this 7th day of October, 2016

LAW OFFICES OF SEAN CHAPMAN, P.C.


BY:  /S/ Sean C. Chapman
     Sean Chapman
     Attorney for Defendant

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 7, 2016, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Carolina Escalante
US Attorneys Office – Phoenix, AZ


<u>Serena Lara</u>