AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

RECEIVED US MARSHALS SERVICE 2016 SEP 28 AM 11: 29

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) |
| Nolan Jack Sperling | ) Case No. CR-16-01198-PHX-JAT(MHB) |
|  | ) |
| *Defendant* | ) |

FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 13 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

| Place: United States District Court<br>Sandra Day O'Connor US Courthouse<br>401 W Washington St, SPC 1<br>Phoenix, AZ 85003 | Courtroom No.: 303 |
| --- | --- |
|  | Date and Time: 10/12/2016 10:00 am |

This offense is briefly described as follows:

21:952(a), 960(a)(1) and 960(b)(3) - Imporation of a Controlled Substance
21:841(a) and (b)(1)(c) - Possession with Intent to Distribute a Controlled Substance

Date:   09/28/2016

_Daiell Draper for_
Issuing officer's signature

BRIAN D. KARTH, Clerk of Court/DCE
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons        ☐ Returned this summons unexecuted

Date: 10/7/16

_Eric Tillman DUSM_
Server's signature

Eric Tillman  DUSM
*Printed name and title*