# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-01198-001-PHX-JAT (MHB) |
| Plaintiff, | **ORDER** |
| v. | (First Request) |
| Nolan Jack Sperling, | |
| Defendant. | |

Upon motion of the defendant and no objection by the Government and good cause appearing,

**IT IS ORDERED** granting the Defendant's Motion to Continue Trial (Doc. 13) for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from December 6, 2016 to **February 7, 2017 at 9:00 a.m.** and continuing the pretrial motions deadline from November 3, 2016 until **January 6, 2017**.

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from December 7, 2016 to February 7, 2017.

Dated this 18th day of November, 2016.

James A. Teilborg
Senior United States District Judge