IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,      ) | CR-16-01198-1-PHX-JAT |
| Plaintiff,           ) | **ORDER** |
| vs.                   ) | |
| Nolan Jack Sperling,        ) | |
| Defendant.          ) | |

The Court has reviewed Defendant's Third Motion to Continue Trial and Plea Deadline [Doc. 18].

IT IS ORDERED denying without prejudice Defendant's Motion for failure to comply with LRCrim 12.3.

DATED this 20th day of March, 2017.

James A. Teilborg
Senior United States District Judge