IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 16-01198-1-PHX-JAT (MHB) |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | **(Defendant Not in Custody)** |
| Nolan Jack Sperling, | ) | |
| Defendant. | ) | |

The Court having read and considered the Third Motion to Continue Trial, and good cause appearing,

IT IS ORDERED granting Defendant's Motion [Doc. 20].

IT IS FURTHERED ORDERED continuing Trial from April 4, 2017, to **June 6, 2017, at 9:00 a.m.**

IT IS FURTHER ORDERED vacating Status Conference set on **March 22, 2017, at 1:30 p.m.**

///

///

The Court finds excludable delay under 18 U.S.C. § 3161(h) from **April 5, 2017,** to **June 6, 2017.**

Dated this 21st day of March, 2017.

_____
James A. Teilborg
Senior United States District Judge