IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of Criminal Cases Set for Trial on June 6, 2017, | ) ) ) ) ) ) |
| | ORDER |

THE FOLLOWING CASES ARE SET FOR TRIAL ON JUNE 6, 2017:

CR-12-01417-PHX-JAT

CR-16-01198-PHX-JAT

CR-16-01511-PHX-JAT

In order to properly administer the calendar, a status conference is necessary.

IT IS HEREBY ORDERED that all counsel appear at a Status Conference on **May 24, 2017, at 1:30 p.m.** Each of these cases affects the docketing of the other cases. Therefore, no counsel shall be excused until the proceedings are concluded. No substitution of counsel will be permitted. Because this is a status conference, it will not be necessary for the Defendant(s) to appear in person.

IT IS FURTHER ORDERED that three days prior to attending the status conference, counsel must complete the following:

1. Meet personally and discuss:

    a. The possibility of a plea agreement.

    b. Whether either party will seek a continuance.

    c. What motions, if any, can be resolved by stipulation of counsel.

        d.      Whether either party has filed or anticipates filing **motions in limine.**

2.      File all 404(b) notices and LRCrim 16.1 notices.

3.      Resolve any discovery disputes.

The topics listed in paragraphs 1 - 3 will be discussed and disputed issues resolved at the status conference.

If a change of plea for a Defendant has been scheduled or a Motion to Continue has been **granted** before the status conference, the hearing for that Defendant will be vacated.

IT IS FURTHER ORDERED that you shall **e-mail**, *not telephone*, the courtroom deputy at Maureen_Williams@azd.uscourts.gov or view this Court's calendar on the internet at www.azd.uscourts.gov to confirm that the status hearing has been vacated.

**ALL STIPULATED MOTIONS TO CONTINUE MUST BE FILED TWO BUSINESS DAYS PRIOR TO THE DATE SET FOR THE STATUS CONFERENCE. THE ORDER TO CONTINUE MUST INCLUDE LANGUAGE VACATING THE STATUS CONFERENCE.** CHANGE OF PLEA REQUESTS MUST BE MADE NO LESS THAN ONE (1) BUSINESS DAY PRIOR TO THE DATE SET FOR THE STATUS CONFERENCE. In addition to e-filing the Motion, counsel are also directed to e-mail the Motion(in .pdf format) and Proposed Form of Order (in Word or Word Perfect 9.0 Format) in **one e-mail** to chambers mailbox **(teilborg_chambers@azd.uscourts.gov).**

No excludable delay shall result from the entry of this Order.

DATED this 8th day of May, 2017.

_____
James A. Teilborg
Senior United States District Judge