IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) | CR16-1198-PHX-JAT (MAB) |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | **(Defendant Not in Custody)** |
| Nolan Jack Sperling, | ) | |
| Defendant. | ) | |

The Court having read and considered the Motion to Continue Trial, and good cause appearing,

IT IS ORDERED the trial date is here by continued to _____.

Dated this _____ day of _____ 2017.

_____
Honorable James A. Teilborg
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 20, 2017, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Fernanda Escalante
US Attorneys Office – Phoenix, AZ


<u>Serena Lara</u>