# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>v.<br>Nolan Jack Sperling,<br>    Defendant. | No. CR-16-01198-001-PHX-JAT<br><br>**ORDER** |

The Court has reviewed Defendant's Motion to Modify Conditions of Release [Doc. 22].

IT IS ORDERED denying Defendant's motion as premature with leave to re-file at the appropriate later date.

Dated this 17th day of May, 2017.

*James A. Teilborg*
Senior United States District Judge