IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 16-01198-1-PHX-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Nolan Jack Sperling, | ) | |
| Defendant. | ) | |

Upon motion of the Defendant, Government's counsel having no objection, and good cause appearing,

IT IS HEREBY ORDERED granting Defendant's Motion to Continue Trial pursuant to 18 U.S.C. §3161(h)(7)(A) [Doc. 24]. This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and defendant in a speedy disposition of his case. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7).

IT IS FURTHER ORDERED continuing Trial from June 6, 2017, to **August 1, 2017, at 9:00 a.m.**

IT IS FURTHER ORDERED vacating Status Conference set on **May 24, 2017, at 1:30 p.m.**

1         The Court finds excludable delay under 18 U.S.C. §3161(h) from **June 7, 2017,**
2 to **August 1, 2017.**

3                                  DATED this 17th day of May, 2017.

_____
James A. Teilborg
Senior United States District Judge