IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) CR16-1198-PHX-JAT (MAB) |
|---|---|
| Plaintiff, | ) **ORDER** |
| v. | ) **(Defendant Not in Custody)** |
| Nolan Jack Sperling, | ) |
| Defendant. | ) |

The Court having read and considered the Motion to Modify Conditions of Release, and good cause appearing,

IT IS ORDERED that the Defendant be allowed to travel to Vancouver Canada from June 27, 2017 through July 11, 2017 with his family.

Defendant is to contact PreTrial Services upon his return on Wednesday, July 12, 2017.

All other conditions of Defendant's release will remain the same.

Dated this _____ day of _____ 2017.

_____
Honorable James A. Teilborg
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 8, 2017, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Fernanda Escalante  　　　　　　　　Alex Wamboldt
US Attorneys Office – Phoenix, AZ　　Alex_Wamboldt@azd.uscourts.gov

Serena Lara