IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR16-01198-1-PHX-JAT (MHB) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | **(Defendant Not in Custody)** |
| | ) | |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having read and considered the Motion to Modify Conditions of Release [Doc. 27], and good cause appearing,

IT IS ORDERED granting Defendant's Motion.

IT IS FURTHER ORDERED that the Defendant is allowed to travel to Vancouver, Canada, from June 27, 2017, through July 11, 2017.

IT IS FURTHER ORDERED directing Defendant is to contact Pretrial Services upon his return on Wednesday, July 12, 2017.

All other conditions of Defendant's release will remain the same.

Dated this 13th day of June, 2017.

James A. Teilborg
Senior United States District Judge