**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR16-1198-PHX-JAT (MAB) |
| | ) | |
| Plaintiff, | ) | **AMENDED MOTION TO MODIFY** |
| | ) | **CONDITIONS OF RELEASE** |
| v. | ) | **(Defendant Not in Custody)** |
| | ) | |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will NOT occur as a result of this motion or an order based thereon.

Defendant, through counsel undersigned, moves to amend his previously filed request to modify his release conditions (Doc. No. 27). At the request of Pretrial Services, defendant asks the Court to order Pre Trial Services to release his passport to

. . . . .

. . . . .

. . . . .

1  him, and to return it to Pre Trial Services within 48 hours of his return.

2  Respectfully submitted this 28th day of June, 2017

LAW OFFICE OF SEAN CHAPMAN, P.C.

BY:  /s/  Sean Chapman
     Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 28, 2017, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Fernanda Escalante  
US Attorneys Office – Phoenix, AZ

Alex Wambold  
US Pretrial Services  
Alex_wamboldt @azd.uscourts.gov

Serena Lara