IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR16-1198-PHX-JAT (MAB) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | **(Defendant Not in Custody)** |
| | ) | |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having read and considered the Amended Motion to Modify Conditions of Release, and good cause appearing,

IT IS ORDERED that Pre Trial Services release Defendant Nolan Sperling's passport to him.

IT IS ALSO ORDERED that Defendant return the passport to Pre-Trial Services within 48 hours of his return.

All other conditions of Defendant's release will remain the same.

Dated this _____ day of _____ 2017.

_____
Honorable James A. Teilborg
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 28, 2017, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Fernanda Escalante | Alex Wamboldt |
| US Attorneys Office – Phoenix, AZ | Alex_Wamboldt@azd.uscourts.gov |

<u>Serena Lara</u>