IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 16-01198-1-PHX-JAT (MAB) |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | **(Defendant Not in Custody)** |
| Nolan Jack Sperling, | ) | |
| Defendant. | ) | |

The Court having read and considered the Amended Motion to Modify Conditions of Release [Doc. 29], and good cause appearing,

IT IS ORDERED granting Defendant's Amended Motion.

IT IS FURTHER ORDERED that Pretrial Services shall release Defendant Nolan Sperling's passport to Defendant.

IT IS FURTHER ORDERED that Defendant shall return his passport to Pretrial Services within 48 hours of his return.

All other conditions of Defendant's release will remain the same.

Dated this 29th day of June, 2017.

James A. Teilborg
Senior United States District Judge