**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR16-1198-PHX-JAT (MAB) |
| Plaintiff, | **SECOND AMENDED MOTION TO MODIFY CONDITIONS OF RELEASE** |
| v. | **(Defendant Not in Custody)** |
| Nolan Jack Sperling, | |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will NOT occur as a result of this motion or an order based thereon.

Defendant, through counsel undersigned, moves to amend his previously filed request to modify his release conditions (Doc. No. 27). Defendant, through counsel undersigned, moves to modify his release conditions to allow defendant to travel to Vancouver, Canada from June 29, 2017 through July 15, 2017 with his family.

The defendant agrees to contact Pre Trial Services upon his return from Vancouver Canada on Monday, July 17, 2017, no later than 9:00 am.

Alex Wamboldt of Pre-Trial Services has NO objection to this motion.

Assistant U.S. Attorney Fernanda Escalante has indicated she has NO OBJECTION to this motion.

Respectfully submitted this 29th day of June, 2017

LAW OFFICE OF SEAN CHAPMAN, P.C.

BY:   /s/  Sean Chapman
          Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 29, 2017, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

| | |
|---|---|
| Fernanda Escalante | Alex Wambold |
| US Attorneys Office – Phoenix, AZ | US Pretrial Services |
| | Alex_wamboldt @azd.uscourts.gov |

Serena Lara