IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR16-1198-PHX-JAT (MAB) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | **(Defendant Not in Custody)** |
| | ) | |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having read and considered the Second Amended Motion to Modify Conditions of Release, and good cause appearing,

IT IS ORDERED that the Defendant be allowed to travel to Vancouver Canada from June 29, 2017 through July 15, 2017 with his family.

Defendant is to contact PreTrial Services upon his return on Monday, July 17, 2017.

All other conditions of Defendant's release will remain the same.

Dated this _____ day of _____ 2017.

Honorable James A. Teilborg
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 29, 2017, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Fernanda Escalante  
US Attorneys Office – Phoenix, AZ

Alex Wamboldt  
Alex_Wamboldt@azd.uscourts.gov

Serena Lara