## UNITED STATES PRETRIAL SERVICES OFFICE

Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

## PASSPORT RECEIPT

Nolan Jack Sperling
**Name on Passport**

USA 508913377/ForeignGC730946(Canada)
**Passport Number**

June 29, 2017
**Date Passport Returned to Defendant**

USA/CANADA
**Country of Origin**

August 28, 2023/August 08, 2023
**Expiration Date**

_____
Nolan Jack Sperling
**Defendant's Signature**

_____
Margo Galvan
**Custodian's Signature**

**Purpose of Returning Passport:**
Per Court Order to release for the purpose of travel to Vancouver Canada, from June 27, 2017 through July 11, 2017.

_____
**Address (if mailed)**

**Date Passport must be surrendered:** July 13, 2017