IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 16-01198-1-PHX-JAT (MAB) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | **(Defendant Not in Custody)** |
| | ) | |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having read and considered the Second Amended Motion to Modify Conditions of Release, and good cause appearing,

IT IS ORDERED that the Defendant is allowed to travel to Vancouver, Canada from June 29, 2017, through July 15, 2017, with his family.

IT IS FURTHER ORDERED that Defendant is to contact Pretrial Services upon his return on Monday, July 17, 2017, no later than 9:00 a.m.

All other conditions of Defendant's release will remain the same.

Dated this 5th day of July, 2017.

James A. Teilborg
Senior United States District Judge