**Sean C. Chapman**
**Law Offices of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR16-1198-PHX-JAT (MAB) |
| | ) | |
| Plaintiff, | ) | **FIFTH MOTION TO CONTINUE** |
| | ) | **TRIAL** |
| v. | ) | |
| | ) | **(Defendant Not in Custody)** |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

The Defendant, NOLAN JACK SPERLING through undersigned counsel, Sean C. Chapman of THE LAW OFFICES OF SEAN C. CHAPMAN, P.C., respectfully motions this Court for an order continuing the trial date presently set for August 1, 2017 for 60 days.

The reason for this motion is that defense counsel needs additional time to review disclosure, confer with his client, and investigate the allegations in the indictment. The defendant therefore requests that the trial be continued.

Assistant U.S. Attorney Fernanda Escalante has indicated she has NO OBJECTION to the requested continuance of the trial date in this matter.

Respectfully submitted this 10th day of July, 2017.

LAW OFFICES OF SEAN CHAPMAN, P.C.

BY:  /s/  Sean Chapman
         Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 10, 2017, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Fernanda Escalante
US Attorneys Office – Phoenix, AZ


<u>Serena Lara</u>