IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 16-01198-1-PHX-JAT (MHB) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | **(Defendant Not in Custody)** |
| | ) | |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having read and considered Defendant's Fifth Motion to Continue Trial, and good cause appearing,

IT IS ORDERED granting Defendant's Motion [Doc. 35].

IT IS FURTHER ORDERED continuing Trial from August 1, 2017, to **October 3, 2017, at 9:00 a.m.** This Court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for defendant the reasonable

1

time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A).

The Court finds excludable delay under 18 U.S.C. §3161(h) from **August 2, 2017,** to **October 3, 2017.**

Dated this 26th day of July, 2017.

_____
James A. Teilborg
Senior United States District Judge