IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR 16-01198-1-PHX-JAT (MHB) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | **(Defendant Not in Custody)** |
| | ) | |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having read and considered the Motion to Continue Status Conference and Trial, and good cause appearing,

IT IS ORDERED granting Defendant's Motion.  This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS FURTHER ORDERED vacating Status Conference set on **September 20, 2017, at 1:30 p.m.**

IT IS FURTHER ORDERED continuing Trial from October 3, 2017, to **November 7, 2017, at 9:00 a.m.**

Dated this 14th day of September, 2017.

_____
James A. Teilborg
Senior United States District Judge