```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    NOV 27 2017

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-01198-001-PHX-JAT |
| Plaintiff, | |
| v. | **CONSENT OF DEFENDANT** |
| Nolan Jack Sperling, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my

☒ Change of Plea Hearing

☐ Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this 27TH day of <u>November</u>, 2017.

_____
Nolan Jack Sperling
Defendant

_____
Sean Christopher Chapman
Counsel for Defendant

_____
Fernanda Carolina Escalante
Assistant U.S. Attorney