**Sean C. Chapman**
**Law Office of Sean C. Chapman, P.C.**
100 North Stone Avenue, Suite 701
Tucson, Arizona 85701
Telephone: (520) 622-0747
Fax: (520) 628-7861
Arizona State Bar No. 012088
Attorney for Defendant
Sean@seanchapmanlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR16-1198-PHX-JAT (MAB) |
| | ) | |
| Plaintiff, | ) | **FIRST MOTION TO CONTINUE SENTENCING** |
| | ) | |
| v. | ) | |
| | ) | **(Defendant Not in Custody)** |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

The Defendant, NOLAN JACK SPERLING through undersigned counsel, Sean C. Chapman of THE LAW OFFICE OF SEAN C. CHAPMAN, P.C., respectfully moves this Court for an order continuing the Sentencing presently set for January 31, 2018 for 60 days. The reason for this request is that counsel needs additional time to prepare for the sentencing hearing.

1

1  Assistant U.S. Attorney Fernanda Escalante has indicated she has NO
2  OBJECTION to the requested continuance of the sentencing in this matter.

   Dated this 23rd day of January, 2018.

   LAW OFFICE OF SEAN CHAPMAN, P.C.

   BY:   /s/ Sean Chapman
         Sean Chapman

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 23, 2018, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Carolina Escalante
US Attorney's Office – Phoenix, AZ


<u>Serena Lara</u>