IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR16-1198-PHX-JAT (MAB) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | **(Defendant Not in Custody)** |
| | ) | |
| Nolan Jack Sperling, | ) | |
| | ) | |
| Defendant. | ) | |

The Court having read and considered the Motion to Continue Sentencing, and good cause appearing,

IT IS ORDERED the Sentencing scheduled for January 31, 2018 is vacated and rescheduled to _____.

Dated this _____ day of _____ 2018.

_____
Honorable James A. Teilborg
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 23, 2018, caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Fernanda Escalante
US Attorneys Office – Phoenix, AZ

<u>Serena Lara</u>