IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR16-01198-1-PHX-JAT (MHB) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | **(Defendant Not in Custody)** |
| ) | |
| Nolan Jack Sperling, ) | |
| ) | |
| Defendant. ) | |

The Court having read and considered Defendant's First Motion to Continue Sentencing, and good cause appearing,

IT IS ORDERED granting Defendant's Motion [Doc. 61].

IT IS FURTHER ORDERED continuing Sentencing from January 31, 2018, to **April 25, 2018, at 4:00 p.m.**

Dated this 24th day of January, 2018.

James A. Teilborg
Senior United States District Judge