**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** James A. Teilborg | **Date:** October 3, 2018 |
| **USA v. Nolan Jack Sperling** | **Case Number:** CR-16-01198-001-PHX-JAT |

**Assistant U.S. Attorney:** Matthew H. Binford
**Attorney for Defendant:** Sean Christopher Chapman, Retained
**Interpreter:** N/A
**Defendant:** ☒Present  ☐ Not Present  ☒Released  ☐Custody  ☐ Summons  ☐ Writ

**STATUS HEARING re: Sentencing**

At the Court's enquiry, counsel stipulate this matter can be held publically. IT IS ORDERED adopting the Magistrate Judge's Findings and Recommendation Upon a Plea of Guilty (Doc. 58). After discussion with counsel, the Court accepts the plea and plea agreement in this matter.

Discussion held. IT IS ORDERED deferring Sentencing until **December 2, 2020, at 1:30 p.m** During the period of time between change of plea and sentencing the defendant shall abide by the following conditions:

- Submit to and follow a program of supervision as directed by the United States Pretrial Service Office
- Violate no law, Federal, State or Local. If arrested, the defendant is to immediately contact the United States Pretrial Services Office
- Work regularly at a lawful occupation or attend school full-time.
- Report to the United States Pretrial Services Office as directed
- Follow all instructions and orders from the United States Pretrial Services Office
- Continue to cooperate with the United States pursuant to the Cooperation Addendum
- Defendant shall not travel outside of Arizona without prior Court approval

**Court Reporter:** Linda Schroeder
**Deputy Clerk:** Maureen Williams

**Start: 1:31 PM**
**Stop: 1:59 PM**